UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | No. C-08-4654 EMC |
|     Petitioners, | |
|     v. | **ORDER TO SHOW CAUSE** |
| ESTER C. AURE-NOVERO, | |
|     Respondent. | |
| _____/ | |

    Petitioners have filed a verified petition, asking the Court to enforce the IRS summons served on Respondent Ester C. Aure-Novero. Having reviewed the petition, this Court hereby orders Ms. Aure-Novero to show cause why the IRS summons should not be enforced.

    Petitioners shall serve a copy of this order to show cause, along with the verified petition, on Ms. Aure-Novero no later than November 24, 2008. Service shall comply with Federal Rule of Civil Procedure 4. Ms. Aure-Novero shall have until December 19, 2008, to file a response to this order to show cause.

///

///

///

///

///

The parties shall appear before the Court for a hearing on this matter on January 7, 2009, at 10:30 a.m., Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: October 27, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

2